UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-8469-CIV-RYSKAMP

UNITED STATES OF AMERICA.,

      Plaintiff,

vs.

CATHY BINGHAM,

      Defendant.
_____/

**ORDER GRANTING SUBSTITUTION OF COUNSEL**

PURSUANT to the Stipulation for Substitution of Counsel **[DE 11]** which has been filed with the Court on May 19, 2008, it is hereby,

ORDERED AND ADJUDGED as follows:

DAVID E. NEWMAN, P.A., is hereby substituted as attorney of record for the Plaintiff, UNITED STATES OF AMERICA, in place of ALOYMA M. SANCHEZ, Assistant United States Attorney. ALOYMA M. SANCHEZ is hereby relieved of any further responsibility of representing the Plaintiff, UNITED STATES OF AMERICA, in this matter.  All further papers and pleadings shall be served on: DAVID E. NEWMAN, P.A., 1533 Sunset Drive, Suite 225, Coral Gables, Florida 33143 .

DONE AND ORDERED in Chambers, at West Palm Beach, Palm Beach County, Florida, this 21 day of May, 2008.

                                                  /s/ Kenneth L. Ryskamp_____
                                                  KENNETH L. RYSKAMP
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record